# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 7, 2011

No. 11-10009

Lyle W. Cayce
Clerk

In the Matter of: GARY R. COOPER; JUNANNE M. COOPER,

Debtors

--------------------------------------------------------------------------------

GARY R. COOPER,

Appellant

v.

DIANE G. REED, Chapter 7 Trustee; THE CADLE COMPANY,

Appellees

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:10-CV-576

Before JOLLY, HIGGINBOTHAM, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.